RECEIVED

APR 1 4 2014

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
St. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
_____DIVISION

*Larken Alexander*
NAME OF THE PLAINTIFF                    )
                                         )
                                         )
                                         )
            - vs -                       )
                                         )
*3 D Star Insurance service*             )    Case No.
                                         )
*Denise Dockendorf*                      )
                                         )
_____         )    JURY TRIAL DEMANDED
                                         )
_____         )    YES___  NO___
                                         )
**NAME OF THE DEFENDANT OR**             )
**DEFENDANTS** (Enter above the full name(s) of  )
ALL defendant(s) in this lawsuit. Please )
attach additional sheets if necessary.   )

## EMPLOYMENT DISCRIMINATION COMPLAINT

1.      This employment discrimination lawsuit is based on (check only those that apply):

_✓_    Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq*., for
        employment discrimination on the basis of race, color, religion, gender, or national origin.
        **NOTE**: *In order to bring suit in federal district court under Title VII, you must first obtain
        a right-to-sue letter from the Equal Employment Opportunity Commission.*

_____   Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq*., for
        employment discrimination on the basis of age (age 40 or older).
        **NOTE**: *In order to bring suit in federal district court under  the Age Discrimination in
        Employment Act, you must first file charges with the Equal Employment Opportunity
        Commission.*

_____   American with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq*., for
        employment discrimination on the basis of disability.
        **NOTE**: *In order to bring suit in federal district court under  the American with Disabilities
        Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity
        Commission.*

____ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, et seq., for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

**NOTE**: *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office representative or agency.*

____ Other (Describe)

____

____

## PARTIES

2.  Plaintiff's name: Larken Alexander

    Plaintiff's address: 5957 Floy
    Street address or P.O. Box

    St Louis MO 63147
    City/ County/ State/Zip Code

    314 382-2122
    Area code and telephone number

3.  Defendant's name: Denise Dockendorf

    Defendant's address: 1509 Washington Ave
    Street address or P.O. Box

    Saint Louis MO 63103
    City/County/State/ Zip Code

    314-436-3318
    Area code and telephone number

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES, ADDRESSES AND TELEPHONE NUMBERS ON A SEPARATE SHEET OF PAPER.**

2

4.    If you are claiming that the discriminatory conduct occurred at a different location, please provide the following information:

| (Street Address) | (City/County) | (State) | (Zip Code) |
|---|---|---|---|

5.    When did the discrimination occur? Please give the date or time period:

2012  Feb

## ADMINISTRATIVE PROCEDURES

6.    Did you file a charge of discrimination against the defendant(s) with the Missouri

Commission on Human Rights?

_____Yes    Date filed: _____

___✓__ No

7.    Did you file a charge of discrimination against the defendant(s) with the Equal

Employment Opportunity Commission or other federal agency?

__✓__Yes    Date filed: 2 - 1 - 12

_____No

8.    Have you received a Notice of Right-to-Sue Letter?

__✓__Yes    _____ No

If yes, please attach a copy of the letter to this complaint.

9.    If you are claiming age discrimination, check one of the following:

_____ 60 days or more have passed since I filed my charge of age discrimination with the

Equal Employment Opportunity Commission.

_____ fewer than 60 days have passed since I filed my charge of age discrimination with the

Equal Employment Opportunity Commission.

3

**NATURE OF THE CASE**

10.  The conduct complained of in this lawsuit involves (check only those that apply):

_____ failure to hire me

__✓__ termination of my employment

_____ failure to promote me

_____ failure to accommodate my disability

_____ terms and conditions of my employment differ from those of similar employees

__✓__ retaliation

__✓__ harassment

_____ other conduct (specify): ___ worked to clean up office was harmsed because Broker Brought dog to work would leave all dog matter on floor till I cam back was told to clean it only work one day a week

Did you complain about this same conduct in your charge of discrimination?

__✓__ Yes                    _____ No

all We Report to work and That was my Job and nobody else had to do it but me I was the only black in office White men don't do job Like that I was Told By Broker and not to come back on Job with lady who worked There would all ways tell me she Coud take care of it if I would give her a little more tim

11.   I believe that I was discriminated against because of my (check all that apply):

    ✓    race

    ___    religion

    ___    national origin

    ✓    color

    ✓    gender

    ___    disability

    ___    age (my birth date is: _____)

    ___    other: _____

Did you state the same reason(s) in your charge of discrimination?

    ✓   Yes               ___ No

12.   State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

Worked one day a week
would Bring in dog to offic Broker would
would tell me it was my Job to clean all dog matta.
Did not walk dog all So But was not my Job
To walk dog so he told me not to come back
In 911 so wash dog

5

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(Attach additional sheets as necessary).

13.    The acts set forth in paragraph 12 of this complaint:

_____ are still being committed by the defendant.

__✓__ are no longer being committed by the defendant.

_____ may still be being committed by the defendant.

## REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you. Make no legal arguments;

cite no cases or statutes.

help Supplement my income by rewarding
me for damages because the way they
made me feel by being the only black
male working there

Signed this _14_ day of _April_, 20_14_.

Larken Alejander
Signature of Plaintiff

7