UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| LARKEN ALEXANDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:14CV748 SNLJ |
| | ) | |
| 3D STAR INSURANCE SERVICES, et al., | ) | |
| | ) | |
| Defendants, | ) | |

## MEMORANDUM AND ORDER

The Court ordered plaintiff to show cause why this Title VII action should not be dismissed because he failed to file a timely charge with the EEOC. Plaintiff alleges that he filed an earlier charge. However, he has not included the alleged charge or right-to-sue letter with his pleadings. As a result, the Court will order plaintiff to submit any earlier EEOC filings to the Court within fourteen days of the date of this Order or face dismissal of this action.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall submit any charges of discrimination and right-to-sue letters he received from the EEOC in connection with his employment at 3D Star Insurance Services within fourteen (14) days of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court will dismiss this action without further proceedings.

Dated this 8th day of May, 2014.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE